OPINION — AG — A SEWER DISTRICT, SUCH AS IS REFERRED TO THEREIN, IS NOT A "SEPARATE LEGAL ENTITY, SEPARATE AND APART FROM THE CITY OR TOWN", BUT IS SUBJECT TO THE CONTROL OF "THE MAJOR AND CITY COUNCIL OR BOARD OF TRUSTEES" OF THE CITY OR TOWN INVOLVED TO THE EXTENT AND IN MANNER SET FORTH IN SAID PROVISIONS. CITE: 11 O.S. 1961 271-277 [11-271 — 11-277], 11 O.S. 1961 271 [11-271], 11 O.S. 1961 277 [11-277] (FRED HANSEN)